**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

UNITED STATES OF AMERICA,             )
                                      )
            Plaintiff,                )
                                      )
      v.                              )       Cause No. 2:26-cr-108
                                      )
MIGUEL RODRIGUEZ-EZQUIVEL,            )
                                      )
            Defendant.                )

## <u>ORDER</u>

This matter is before me on the findings and recommendation of Magistrate Judge Andrew P. Rodovich relating to defendant Miguel Rodriguez-Ezquivel's decision to plead guilty to the Information pursuant to Rule 11 of the Federal Rules of Criminal Procedure.  [DE 2; DE 4.]  Following a hearing held on the record on June 23, 2026 [DE 4], Judge Rodovich found that defendant understands the charges, his rights, and the maximum penalties; that defendant is competent to plead guilty; that there is a factual basis for defendant's plea; and that the defendant knowingly and voluntarily entered into his decision to enter a plea of guilty to the Information charging him with Reentry of Removed Alien in violation of Title 8 U.S.C. § 1326(a).  Judge Rodovich recommends that the Court accept defendant's plea of guilty and proceed to impose sentence.  More than 14 days have passed and no timely objections were filed.

ACCORDINGLY:

Having reviewed the Magistrate Judge's findings and recommendation concerning defendant  Miguel Rodriguez-Ezquivel's plea of guilty, the Court hereby

**ADOPTS** the findings and recommendation [DE 4] in their entirety.

Defendant,  Miguel Rodriguez-Ezquivel, is adjudged GUILTY of the charge described in the Information.  The sentencing hearing is set for August 6, 2026, at 10:00 a.m. Hammond/Central time.

SO ORDERED.

ENTERED: July 30, 2026.

/s/ Philip P. Simon
PHILIP P. SIMON, JUDGE
UNITED STATES DISTRICT COURT